**FILED**
CHARLOTTE, NC

NOV - 1 2007

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NC**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:07 mc 134

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT )<br>5840 COATBRIDGE LANE, CHARLOTTE, )<br>NORTH CAROLINA, AS MORE )<br>PARTICULARLY DESCRIBED IN A DEED )<br>RECORDED AT BOOK 15608, PAGE 20, )<br>IN THE MECKLENBURG COUNTY )<br>PUBLIC REGISTRY )<br>_____ )<br>FILE IN GRANTOR INDEX UNDER: )<br>**DONALD SAXON; SALLIE W. SAXON;** )<br>**SALLIE WAMSLEY** )<br>_____ ) | **ORDER**<br>**AND LIS PENDENS** |

    WHEREAS, the United States of America, by and through Special Agent David Drew of the Federal Bureau of Investigation, has presented an affidavit to the Court alleging that the above-captioned property is proceeds of and/or was used or intended to be used to commit or facilitate violations of 18 U.S.C. §2422(a), and/or was involved in money laundering conspiracy in violation of 18 U.S.C. §1956(h); and,

    WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property is proceeds of and/or was used or intended to be used to commit or facilitate violations of 18 U.S.C. §2422(a), and/or was involved in money laundering conspiracy in violation of 18 U.S.C. §1956(h); and,

    WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 18 U.S.C. §981, as made applicable by 28 U.S.C. §2461(c) or otherwise; 18 U.S.C. §982(a)(1); and/or 18 U.S.C. §2428; and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and/or criminal forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository to prevent the flight or transfer of the property so that the United States may initiate action to adjudicate forfeiture of the property; and,

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil in rem action before this Court, and any person who has a question as to this action should contact:

United States Attorney
    for the Western District of North Carolina
Attn: William A. Brafford
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

This the 1st day of November, 2007.

UNITED STATES _DISTRICT_ JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**