FILED
CHARLOTTE, NC

NOV 29 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:07MJ226, 227, 228, 229, 230
3:07MC134

IN RE: APPLICATIONS FOR SEARCH )
WARRANT, SEIZURE WARRANTS, )
AND LIS PENDENS )
_____ )

## ORDER

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant, seizure warrants, and lis pendens as well as supporting affidavits and applications in this cause be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned case be unsealed.

This the 29th day of November, 2007.

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE